UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDALL ESSLINGER,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C04-5770RBL<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to a different administrative law judge to (1) obtain supplemental vocational expert (VE) testimony and provide Plaintiff with the opportunity to question the VE; (2) receive into the record supplemental medical evidence presented by the Plaintiff and evaluate all supplemental evidence; (3) reevaluate Plaintiff's subjective complaints and credibility; (4)

Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2730
FAX: (206) 615-2531

obtain available evidence from Washington and Alaska state vocational counselors, and evaluate such evidence; (5) properly evaluate the opinions of treating physician, Paul Worrell, M.D., particularly the psychological diagnoses; and (6) obtain a mental status consultative examination and medical expert testimony regarding Plaintiff's mental functioning, if deemed necessary. Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 21st day of July, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JOANNE E. DANTONIO   WSB # 23623
Special Assistant U.S. Attorney
Office of the General Counsel

Page 2     ORDER - [C04-5770RBL]